■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN BLAKE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered October 14, 1983, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

After viewing the facts of this case in a light most favorable to the People, we find that defendant's guilt was proved beyond a reasonable doubt (*see, Jackson v Virginia*, 443 US 307; *People v Contes*, 60 NY2d 620; *People v Di Girolamo*, 108 AD2d 755, *lv denied* 64 NY2d 1133; *People v Bigelow*, 106 AD2d 448). Therefore, defendant's motions to dismiss the indictment were properly denied and his conviction is affirmed. Mangano, J. P., Brown, O'Connor and Weinstein, JJ., concur.